IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| H.M. & I.B., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION FILE NO. |
| | : | 1:24-cv-04037-VMC |
| v. | : | |
| | : | |
| JAY SHRI HANUMAN, INC., | : | |
| d/b/a THE ECONOLODGE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiffs hereby file this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a stock of a party:
   (a) **H.M.**;
   (b) **I.B.**; and
   (c) **Jay Shri Hanuman, Inc., d/b/a The EconoLodge**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

1

having either financial interest in or other interest which could be

substantially affected by the outcome of this particular case:
   **None known.**

(3) The undersigned certifies that the following is a full and complete list of

all persons serving as attorneys for the parties in this proceeding:

**<u>Counsel for Plaintiffs</u>**
Patrick J. McDonough
Jonathan S. Tonge
Rory A. Weeks
Jennifer M. Webster

Respectfully submitted on September 10, 2024.

                ANDERSEN, TATE & CARR, P.C.

                */s/ Rory A. Weeks*
                PATRICK J. MCDONOUGH
                Georgia Bar No. 489855
                pmcdonough@atclawfirm.com
                JONATHAN S. TONGE
                Georgia Bar No. 303999
                jtonge@atclawfirm.com
                RORY A. WEEKS
                Georgia Bar No. 113491
                rweeks@atclawfirm.com
                JENNIFER M. WEBSTER
                Georgia Bar No. 760381
                jwebster@atclawfirm.com
                *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784| Facsimile

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on September 10, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784| Facsimile