AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:24-cv-04037-VMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  Jay Shri Hanuman, Inc c/o Registered Agent, Dulip Patel
was recieved by me on  9/11/2024:

[X]  I personally served the summons on the individual at **4980 Cowan Rd, Acworth, GA 30101** on **09/11/2024** at **3:09 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: 9/12/24

_____
Server's signature

**Keitrius Alao**
Printed name and title

1160 Hammond Dr. Apt. 330
Sandy Spring, GA 30328

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Jay Shri Hanuman, Inc c/o Registered Agent, Dulip Patel with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Asian male contact 35-45 years of age, 5'8"-5'10" tall and weighing 120-140 lbs.




Tracking #: 0142758280