UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAY SHRI HANUMAN, INC, d/b/a THE ECONOLODGE,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-4037-VMC |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiffs H.M. and I.B. filed this action against Jay Shri Hanuman, Inc., d/b/a The EconoLodge on September 9, 2024, and the summons issued that day. Docs. 1–2. Defendant's registered agent was personally served with the complaint and summons on September 11, as shown the affidavit of service. Doc. 5.

Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had 21 days to file an answer after being served with the Complaint and summons. As of today, October 7, Defendant has not filed an answer despite being served 26 days ago. *See generally* Docket No. 1:24-cv-4037.

Accordingly, Plaintiffs request that the Clerk of Court enter Defendant's default on the docket under Federal Rule of Civil Procedure 55(a).

Respectfully submitted on October 7, 2024.

                                    ANDERSEN, TATE & CARR, P.C.

                                    */s/ Rory A. Weeks*
                                    PATRICK J. MCDONOUGH
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    JONATHAN S. TONGE
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com
                                    RORY A. WEEKS
                                    Georgia Bar No. 113491
                                    rweeks@atclawfirm.com
                                    *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                           ANDERSEN, TATE & CARR, P.C.

                                           */s/ Rory A. Weeks*
                                           PATRICK J. MCDONOUGH
                                           Georgia Bar No. 489855
                                           pmcdonough@atclawfirm.com
                                           JONATHAN S. TONGE
                                           Georgia Bar No. 303999
                                           jtonge@atclawfirm.com
                                           RORY A. WEEKS
                                           Georgia Bar No. 113491
                                           rweeks@atclawfirm.com
                                           *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile