# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:24-cv-04037 |
| v. ) | |
| ) | |
| JAY SHRI HANUMAN, INC. d/b/a ) | **JURY TRIAL DEMANDED** |
| THE ECONOLODGE, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO OPEN DEFAULT AND EXTENSION OF TIME TO ANSWER

Defendant Jay Shri Hanuman, Inc. d/b/a the EconoLodge ("Defendant"), by and through undersigned counsel, file this Motion to Open Default and Extension of Time to Answer, showing the Court as follows:

1. Plaintiffs filed this suit on September 9, 2024. (*See* Complaint, Docket No. 1).

2. Defendant was served with this lawsuit on September 11, 2024. (*See* Return of Service, Docket No. 5).

3. Accordingly, Defendant's answer was due on October 2, 2024.

4. Default was entered against Defendant on October 8, 2024.

1

5. Plaintiffs do not oppose this Motion and have agreed to an extension of Defendant's time to response to the complaint through and including November 8, 2024.

6. As such, Defendant respectfully requests that this Court open default and allow Defendant through and including November 8, 2024, to answer or otherwise respond to Plaintiffs' complaint.

7. A proposed order is attached hereto as **Exhibit A**.

This 18th day of October, 2024.

                                              **FREMAN MATHIS & GARY, LLP**

                                              */s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

*Attorneys for Jay Shri Hanuman, Inc. d/b/a the Econolodge*

2

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing document has been prepared in accordance with L.R. 5.1 using Times New Roman font, 14-point.

**FREEMAN MATHIS & GARY, LLP**

<u>/s/ Jennifer C. Adair</u>
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Jay Shri Hanuman, Inc. d/b/a the Econolodge*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically served a copy of the foregoing **Motion to Open Default and Extension of Time to Answer** to all parties by filing a true and correct copy with the Clerk of Court, which will automatically send electronic copies to all counsel of record as follows:

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
(770) 822-0900
*Counsel for Plaintiffs*

This 18th day of October, 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Jay Shri Hanuman, Inc. d/b/a the Econolodge*