**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| H.M. & I.B., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:24-cv-04037 |
| v. | ) | |
| | ) | |
| JAY SHRI HANUMAN, INC. d/b/a | ) | **JURY TRIAL DEMANDED** |
| THE ECONOLODGE, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER ON CONSENT MOTION TO OPEN DEFAULT AND EXTENSION OF TIME TO ANSWER

Before the Court is Defendant's Motion to Open Default and Extension of Time to Answer. Upon consideration and for good cause shown, this Court GRANTS the motion. The clerk shall open default, and Defendant shall have through and including November 8, 2024, to answer or otherwise respond to Plaintiffs' complaint.

SO ORDERED this ____ day of October, 2024.

_____
Honorable Victoria M. Calvert