IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. and I.B., <br><br> Plaintiffs, <br><br> v. <br><br> JAY SHRI HANUMAN, INC., d/b/a ECONOLODGE <br><br> Defendant. | Civil Action No. <br> 1:24-cv-04037-VMC |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Protective Order and Leave to Proceed Anonymously ("Motion," Doc. 4). Plaintiffs filed their Complaint (Doc. 1) on September 9, 2024, and filed the instant Motion the next day. In their Motion, Plaintiffs ask the Court to (1) allow them to bring the action anonymously, (2) grant a protective order, and (3) extend anonymity and protection to prospective witnesses who were also alleged victims of sex trafficking. (Doc. 4 at 1–2).[1]

Having considered the Motion, the Court finds that the privacy and safety interests of Plaintiffs and witnesses identified as alleged victims of sex trafficking outweigh the public's interest in knowing their identities.

---

[1] Citations to page numbers refer to the pages in the relevant document as numbered by the CM/ECF system.

Accordingly, Plaintiffs' Motion for Protective Order and Leave to Proceed Anonymously (Doc. 4) is **GRANTED**. The Court **ORDERS** that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiffs as H.M. and I.B., with no other additional identifying information. It is **FURTHER ORDERED** that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case referring to any witness identified by counsel for either party as an alleged victim of sex trafficking shall refer to those witnesses by pseudonymous initials only.

Upon the entry of this Order, Plaintiffs shall privately disclose their names to Defendant. Defendant shall be able to conduct discovery using Plaintiffs' and witnesses' names. But for any publicly filed documents, the names of Plaintiffs and all witnesses identified as alleged victims of sex trafficking shall be redacted or referred to only by the appropriate pseudonymous initials.

The Court notes that this Order only applies to pretrial matters. Plaintiffs will have to renew their request to proceed anonymously if this case proceeds to trial.

**SO ORDERED** this 23rd day of October, 2024.

_____
Victoria Marie Calvert
United States District Judge