# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:24-cv-04037-VMC |
| v. ) | |
| ) | |
| JAY SHRI HANUMAN, INC. d/b/a ) | **JURY TRIAL DEMANDED** |
| THE ECONOLODGE, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW Jay Shri Hanuman, Inc. d/b/a the Econolodge ("Defendant"), by and through undersigned counsel and files its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa:

1.

The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation(s) known to the Defendant and any publicly held corporation that, to the knowledge of the Defendant, own 10% or more of the stock of a party:

    A.    H.M., Plaintiff;

    B.    I.B., Plaintiff;

1

C.  Jay Shri Hanuman, Inc., Defendant; and

2.

The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

A.  H.M., Plaintiff;

B.  I.B., Plaintiff;

C.  Jay Shri Hanuman, Inc., Defendant; and

D.  IAT Insurance Group, Inc.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

A.  For Plaintiff:

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097

2

(770) 822-0900

B.  For Defendant:

**FREEMAN MATHIS & GARY, LLP**
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

4.

The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

A. H.M., Plaintiff – Unknown;

B. I.B., Plaintiff – Unknown;

C. Jay Shri Hanuman, Inc. – Georgia.

This 5th day of December, 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587

3

                                      Emma.fennelly@fmglaw.com
                                      *Attorneys for Jay Shri Hanuman, Inc.*
                                      *d/b/a the EconoLodge*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing document has been prepared in accordance with L.R. 5.1 using Times New Roman font, 14 point.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Jay Shri Hanuman, Inc. d/b/a the EconoLodge*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically served a copy of the foregoing **Defendant's Certificate of Interested Persons** to all parties by filing a true and correct copy with the Clerk of Court, which will automatically send electronic copies to all counsel of record as follows:

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
(770) 822-0900
*Counsel for Plaintiffs*

This 5th day of December, 2024.

                                      **FREEMAN MATHIS & GARY, LLP**

                                      */s/ Jennifer C. Adair*
                                      Jennifer C. Adair
                                      Georgia Bar No. 001901
                                      JAdair@fmglaw.com
                                      Emma J. Fennelly
                                      Georgia Bar No. 610587
                                      Emma.fennelly@fmglaw.com

*Attorneys for Jay Shri Hanuman, Inc. d/b/a the EconoLodge*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

7