IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. and I.B.,<br><br>     Plaintiffs,<br><br>v.<br><br>JAY SHRI HANUMAN, INC., d/b/a ECONOLODGE,<br><br>     Defendant. | Civil Action No.<br>1:24-cv-04037-VMC |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above-completed form, except as herein modified:

The discovery period shall be for EIGHT MONTHS, beginning December 9, 2024, and ending on August 8, 2025. Any Dispositive Motions shall be filed on or before September 8, 2025, or, in the event no Dispositive Motions are filed, a proposed Consolidated Pretrial Order shall be submitted to the Court by that same date.

In the event Dispositive Motions are filed, the Consolidated Pretrial Order shall be submitted within 30 days of any ruling denying same.

**SO ORDERED**, this 31st day of December, 2024.

_____
Victoria Marie Calvert
United States District Judge