UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:24-cv-04037-TRJ |
| v. ) | |
| ) | |
| JAY SHRI HANUMAN, INC. d/b/a ) | |
| THE ECONOLODGE, ) | |
| ) | |
| Defendant. ) | |

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

Pursuant to Local Rule 5.4, I hereby certify that I have on February 3, 2025 served the **Defendant's Objections and Responses to Plaintiffs' Fist Requests for Admission**, **Defendant's Objections and Response to Plaintiffs' First Continuing Interrogatories**, and **Defendant's Objections and Response to Plaintiffs' First Requests for Production** to all parties through counsel of record by transmitting a true and correct copy in portable document format (PDF) via statutory electronic email to:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
Anderson Tate & Carr
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000

-2-

Duluth, Georgia 30097
*Attorneys for Plaintiffs*

This 4th day of February, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Emma J. Fennelly*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Jay Shri Hanuman, Inc. d/b/a the Econolodge*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Patrick J. McDonough
> pmcdonough@atclawfirm.com
> Jonathan S. Tonge
> jtonge@atclawfirm.com
> Rory A. Weeks
> rweeks@atclawfirm.com
> Anderson Tate & Carr
> One Sugarloaf Centre
> 1960 Satellite Blvd., Suite 4000
> Duluth, Georgia 30097
> *Attorneys for Plaintiffs*

This 4th day of February, 2025.

> */s/ Emma J. Fennelly*
> Emma J. Fennelly
> Georgia Bar No. 610587
> Emma.fennelly@fmglaw.com
>
> *Attorneys for Jay Shri Hanuman, Inc.*
> *d/b/a the Econolodge*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)