UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAY SHRI HANUMAN, INC, d/b/a<br>THE ECONOLODGE,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-4037-TRJ |

## CERTIFICATE OF SERVICE

This is to certify that on February 7, 2025, Plaintiffs served a copy of Plaintiff H.M.'s Responses and Objections to Defendant Jay Shri Hanuman, Inc., d/b/a The EconoLodge's First Set of Continuing Interrogatories, Plaintiff I.B.'s Responses and Objections to Defendant Jay Shri Hanuman, Inc., d/b/a The EconoLodge's First Set of Continuing Interrogatories, Plaintiff H.M.'s Objections and Responses to Defendant Jay Shri Hanuman, Inc., d/b/a The EconoLodge's First Request for Production of Documents and Things and Notice to Produce, Plaintiff I.B.'s Objections and Responses to Defendant Jay Shri Hanuman, Inc., d/b/a The EconoLodge's First Request for Production of Documents and Things and Notice to Produce, and Plaintiffs' supplemental document production, bates labeled H.M. and I.B. 00470–00668 upon counsel of record.

Respectfully submitted on February 7, 2025.

                                             ANDERSEN, TATE & CARR, P.C.

                                             */s/ Jennifer M. Webster*
                                             PATRICK J. MCDONOUGH
                                             Georgia Bar No. 489855
                                             pmcdonough@atclawfirm.com
                                             JONATHAN S. TONGE
                                             Georgia Bar No. 303999
                                             jtonge@atclawfirm.com
                                             RORY A. WEEKS
                                             Georgia Bar No. 113491
                                             rweeks@atclawfirm.com
                                             JENNIFER M. WEBSTER
                                             Georgia Bar No. 760381
                                             jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

# CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile