UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:24-cv-04037-TRJ |
| v. ) | |
| ) | |
| JAY SHRI HANUMAN, INC. d/b/a ) | |
| THE ECONOLODGE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF SUBPOENAS

YOU ARE HEREBY NOTIFIED, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendants intend to serve subpoenas to produce documents upon the following: Cobb County School District, Southern Regional Medical Center, Wellstar Kennestone Hospital, Wellspring Living, Inc., Northside Hospital, CobbWorks, Inc., Grady Health System, Paulding County School District, Ridgeview Institute and Technical College System of Georgia.

Copies of the foregoing subpoenas issued are being contemporaneously served upon counsel via statutory electronic mail as follows:

Patrick J. McDonough pmcdonough@atclawfirm.com
Jonathan S. Tonge jtonge@atclawfirm.com
Rory A. Weeks rweeks@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

-2-

This 5th day of May, 2025.

                                      **FREEMAN MATHIS & GARY, LLP**

                                      */s/ Emma Fennelly*
                                      Jennifer C. Adair
                                      Georgia Bar No. 001901
                                      Jadair@fmglaw.com
                                      Emma J. Fennelly
                                      Georgia Bar No. 610587
                                      Emma.fennelly@fmglaw.com

                                      *Attorneys for Defendant Jay Shri Hanuman, Inc. d/b/a the Econolodge*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF SERVICE OF SUBPOENAS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
Anderson Tate & Carr
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
*Attorneys for Plaintiffs*

This 5th day of May, 2025.

|  | /s/ Emma Fennelly<br>Emma J. Fennelly<br>Georgia Bar No. 610587<br>Emma.fennelly@fmglaw.com<br><br>*Attorneys for Defendant Jay Shri Hanuman, Inc. d/b/a the Econolodge* |
|---|---|
| **FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway, Suite 1600<br>Atlanta, Georgia 30339-5948<br>(770) 818-0000 (telephone)<br>(833) 330-3669 (facsimile) |  |