UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAY SHRI HANUMAN, INC. d/b/a<br>THE ECONOLODGE,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-4037-TRJ |

**CONSENT MOTION TO EXTEND THE DISCOVERY PERIOD AND AMEND THE SCHEDULING ORDER**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the parties move this Court to extend the discovery period and amend the Scheduling Order showing this honorable Court as follows:

1.

This lawsuit arises from allegations that Plaintiffs were trafficked for sex when they were 18 years old at the Econolodge located at 4980 Cowan Road, Acworth, Georgia 30101.

2.

The discovery period commenced on November 8, 2024.

3.

Plaintiffs' Counsel is scheduled for two trials in July. They will appear before the Honorable Judge Sarah E. Geraghty in the Northern District of Georgia, Atlanta

Division for *J.G. v. Northbrook Industries, Inc.*, 1:20-cv-05233-SEG, with the trial commencing on July 7, 2025. Additionally, they will be before the Honorable Judge J.P. Boulee in the Northern District of Georgia, Atlanta Division for *D.H. v. Tucker Inn, Incorporated*, Case No. 1:22-cv-03419, which begins on July 21, 2025.

4.

Both scheduled trials have numerous deadlines and pretrial conferences in the month of June.

5.

As the Court is aware this lawsuit involves allegations of sex trafficking, and accordingly, the materials exchanged in discovery are intensive and the parties are working to take numerous depositions of witnesses, law enforcement officials, and expert witnesses.

6.

Due to the demanding nature of two sex trafficking trials in July, the parties conferred and agreed that an extension of the discovery period is necessary and appropriate to complete necessary depositions of Plaintiffs and witnesses.

7.

Accordingly, the parties respectfully request a three-month extension of the discovery period until October 8, 2025.

8.

The parties agree that the extension of the discovery deadline necessitates amending other deadlines in the Scheduling Order issued by the Court on December 31, 2024. The parties respectfully propose the following amended deadline:

a. Dispositive Motions shall be filed on or before November 10, 2025, or, in the event no Dispositive Motions are filed, a proposed Consolidated Pre-trial Order shall be submitted to the Court by that same date.

Respectfully submitted on June 2, 2025.

                                                      ANDERSEN, TATE & CARR, P.C.

                                                      */s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

FREEMAN MATHIS & GARY, LLP

*/s/ Emma J. Fennelly*
JENNIFER C. ADAIR
Georgia Bar No. 001901
jadair@fmglaw.com
EMMA J FENNELLY
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                              ANDERSEN, TATE & CARR, P.C.

                                              */s/ Jonathan S. Tonge*
                                              PATRICK J. MCDONOUGH
                                              Georgia Bar No. 489855
                                              pmcdonough@atclawfirm.com
                                              JONATHAN S. TONGE
                                              Georgia Bar No. 303999
                                              jtonge@atclawfirm.com
                                              RORY A. WEEKS
                                              Georgia Bar No. 113491
                                              rweeks@atclawfirm.com
                                              JENNIFER M. WEBSTER
                                              Georgia Bar No. 760381
                                              jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile