UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B.,<br><br>     Plaintiffs,<br><br>v.<br><br>JAY SHRI HANUMAN, INC. d/b/a<br>THE ECONOLODGE,<br><br>     Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-4037-TRJ |

**[PROPOSED] ORDER ON CONSENT MOTION
TO EXTEND DISCOVERY AND
AMEND THE SCHEDULING ORDER**

HAVING REVIEWED the Parties' Consent Motion to Extend Discovery and Amend the Scheduling Order, and finding good cause, the Court enters the following Amended Scheduling Order

1. The discovery deadline is October 8, 2025;

2. Dispositive Motions must be filed by November 10, 2025; and

3. If no Dispositive Motions are filed, the Proposed Consolidated Pretrial Order will be due on November 10, 2025.

SO ORDERED this ____ day of _____, 2025.

_____
Tiffany R. Johnson
United States District Judge