UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> JAY SHRI HANUMAN, INC. d/b/a THE ECONOLODGE, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4037-VMC |

## STIPULATION OF DISMISSAL

The parties have reached an agreement to resolve all claims in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims with prejudice.

Respectfully submitted on September 8, 2025.

          ANDERSEN, TATE & CARR, P.C.

          */s/ Jennifer M. Webster*
          PATRICK J. MCDONOUGH
          Georgia Bar No. 489855
          pmcdonough@atclawfirm.com
          JONATHAN S. TONGE
          Georgia Bar No. 303999
          jtonge@atclawfirm.com
          RORY A. WEEKS
          Georgia Bar No. 113491
          rweeks@atclawfirm.com
          JENNIFER M. WEBSTER
          Georgia Bar No. 760381
          jwebster@atclawfirm.com
          *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

                                      FREEMAN MATHIS & GARY, LLP

                                      *Emma J. Fennelly*_____
                                      JENNIFER C. ADAIR
                                      Georgia Bar No. 001901
                                      jadair@fmglaw.com
                                      EMMA J FENNELLY
                                      Georgia Bar No. 610587
                                      Emma.fennelly@fmglaw.com

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

2

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

        ANDERSEN, TATE & CARR, P.C.

        */s/ Jennifer M. Webster*
        PATRICK J. MCDONOUGH
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        JONATHAN S. TONGE
        Georgia Bar No. 303999
        jtonge@atclawfirm.com
        RORY A. WEEKS
        Georgia Bar No. 113491
        rweeks@atclawfirm.com
        JENNIFER M. WEBSTER
        Georgia Bar No. 760381
        jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile